encontrando que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 1931. Ex parte Padilla, Peticionario-Apelante, y El Pueblo, Opositor y Apelado.—Corte de Distrito de Guayama. *Habeas Corpus.* Resuelto en diciembre 14, 1922. Apareciendo que el peticionario se hallaba en prisión dentro del territorio de la corte es necesario concluir que ésta sufrió error al declararse sin jurisdicción para resolver el caso y además, no habiendo el Fiscal probado la causa probable para la detención del acusado, se concluye que debió ser puesto en libertad, revocándose la resolución apelada.

No. 1962. El Pueblo, Apelado, *v.* Sánchez y Mojica, Apelante el Segundo.—Corte de Distrito de San Juan, Distrito Segundo. Resuelto en diciembre 14, 1922. No habiendo el apelante radicado alegato y no apareciendo de los autos que se haya cometido error fundamental alguno, se resuelve confirmar la sentencia.

No. 1964. El Pueblo, Apelado, *v.* Rivera, Apelante.—Corte de Distrito de Humacao. Resuelto en diciembre 15, 1922. No existiendo pliego de excepciones ni relación de hechos, sin que el apelante tampoco radicara alegato en apoyo del recurso, y no apareciendo error fundamental alguno de los autos, se confirma la sentencia apelada.

No. 1959. El Pueblo, Apelado, *v.* Velázquez, Apelante.—Corte de Distrito de Humacao. Resuelto en diciembre 15, 1922. No existiendo pliego de excepciones ni relación de hechos sin que el apelante tampoco haya radicado alegato en apoyo del recurso, y no apareciendo error fundamental alguno de los autos, se confirma la sentencia apelada.

No. 1957. El Pueblo, Apelado, *v.* Carmona, Apelante.—Corte de Distrito de San Juan, Distrito Segundo. Celebrada la vista con asistencia de las partes y vistas las alegaciones escritas y el caso de *El Pueblo* v. *Pérez,* 23 D. P. R. 878, y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.